# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00542-MOC-DSC

| | |
|---|---|
| REMI HOLDINGS LLC, | )
| | )
| Plaintiff, | )
| | ) **ORDER**
| v. | )
| | )
| WILLIAM THOMAS NEATHAMER III et. al., | )
| | )
| Defendants. | )

**THIS MATTER** is before the Court on Defendant "Thomas and Associates, LLC's Motion for Permissive Joinder" (document # 8), along with the parties' briefs and exhibits.

Defendant seeks leave to file an Amended Counterclaim naming Plaintiff's principal Daniel Schuster as an additional Counterclaim Defendant. The proposed claim for interference with prospective economic advantage arises from the same series of transactions and occurrences as Defendant's Counterclaim against Plaintiff. See Fed. R. Civ. P. 13(h). For that reason and the other reasons stated in Defendant's briefs, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 13, 2020

David S. Cayer
United States Magistrate Judge