# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00542-MOC-DSC

| | |
|---|---|
| REMI HOLDINGS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM THOMAS NEATHAMER III, )<br>BRIAN GIBBS AND THOMAS AND )<br>ASSOCIATES LLC, )<br>)<br>Defendants. ) | **MEMORANDUM AND ORDER** |

    **THIS MATTER** is before the Court on "Defendants' Motion to Compel" (document # 46) filed December 30, 2020 and the parties briefs and exhibits. <u>See</u> documents ## 46, 51-52. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and is now ripe for the Court's consideration.

    Defendants seek an order compelling Plaintiff to respond to request number two of their first requests for production. More specifically, Defendants request that Plaintiff perform a search of all fourteen search terms at issue for the six custodians' email boxes at issue for the period from January 1, 2018 forward on Plaintiff's e-discovery platform, which generated the November 30, 2020 report produced by Plaintiff, and to provide them with the results.

    For the reasons stated in the Motion and supporting briefs, the Court will <u>grant in part and deny in part</u> the Motion. That is, Plaintiff is required to perform a search of the requested search terms except "T & A" and "TA" and "T and A" on the six custodians' email boxes for the period

from January 1, 2018 forward on Plaintiff's e-discovery platform and provide Defendants with the results.

**THEREFORE IT IS ORDERED** that:

1. "Defendants' Motion to Compel" (document # 46) is **GRANTED IN PART and DENIED IN PART**. Plaintiff shall perform a search of the requested search terms except "T & A" and "TA" and "T and A" on the six custodians' email boxes for the period from January 1, 2018 forward on Plaintiff's e-discovery platform and provide Defendants with the results.

2. The parties will bear their own expenses <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: January 25, 2021

David S. Cayer
United States Magistrate Judge