**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00542-MOC-DSC**

| | |
|---|---|
| **REMI HOLDINGS LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WILLIAM THOMAS NEATHAMER III** ) | |
| individually, **BRIAN GIBBS** individually, ) | |
| **MELISSA HUGHES** individually, and ) | |
| **THOMAS AND ASSOCIATES LLC,** ) | |
| ) | |
| **Defendants.** ) | **ORDER** |
| ) | |
| ) | |
| **THOMAS AND ASSOCIATES LLC,** ) | |
| **Counter-Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **REMI HOLDINGS LLC and DANIEL** ) | |
| **SCHUSTER** individually, ) | |
| ) | |
| **Counter-Defendants.** ) | |

A "Motion for Admission Pro Hac Vice and Affidavit [for Lara Ford]" (document #61) has been filed in this case and considered by the Court. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: February 26, 2021

David S. Cayer
United States Magistrate Judge